

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

David Martinez Solis,                    * From the 132nd District Court
                                           of Scurry County,
                                           Trial Court No. 11104.

Vs. No. 11-23-00118-CR                   * August 15, 2024

The State of Texas,                      * Memorandum Opinion by Williams, J.
                                           (Panel consists of: Bailey, C.J.,
                                           Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the trial court's judgment and the district clerk's bill of costs to delete the improperly assessed court-appointed attorney's fees against Appellant in the amount of $3,000. As modified, we affirm the judgment of the trial court.